PAUL BILLINGS et al., Respondents, *v.* HENRY H. LOOMIS et al., Appellants, Impleaded with Another.

*Billings* v. *Ostrander*, 12 App. Div. 624, affirmed.
(Argued April 30, 1900; decided May 15, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a a motion for a new trial.

*Raymond Cobb* for appellants.

*Louis L. Waters* for respondents.

Judgment and order affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE ECLIPSE MANUFACTURING COMPANY, Respondent, *v.* THE PIERCE STEAM HEATING COMPANY, Appellant.

*Eclipse Manfg. Co.* v. *Pierce St. H. Co.*, 24 App. Div. 631, affirmed.
(Argued April 30, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 28, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Adelbert Moot* and *W. L. Marcy* for appellant.

*Isaac L. Signor, James H. Barnard* and *Willard P. Smith* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.